**LINK: 50**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES - GENERAL

| Case No. | CV 11-03735 GAF (AGRx) | Date | February 2, 2012 |
|---|---|---|---|
| Title | Marwan Mohtadi v. Homecomings Financial, LLC et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers)**

## ORDER DISMISSING CASE

On December 22, 2011, this Court dismissed the federal claims asserted in Plaintiff Marwan Mohtadi's First Amended Complaint and ordered Mohtadi to show cause, no later than January 5, 2012, why the case should not be dismissed for lack of subject matter jurisdiction as to his remaining state-law claims. (Docket No. 50 [12/22/11 Order].) The Court specifically advised Mohtadi that failure to respond by that deadline would be deemed consent to dismissal of the action. To date, Mohtadi has not responded to the Court's 12/22/11 Order. Accordingly, his case is **DISMISSED** for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**